

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Alessandro-Roberto: Marinello, Pro Se

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

TRANSUNION, LLC

*(Write the full name of each defendant who is being sued.  If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:23−cv−12871
Assigned To : Borman, Paul D.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 11/13/2023
Description: CMP MARINELLO V. TRANSUNION (MC)

*(To be filled in by the Clerk's Office)*

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Alessandro-Roberto: Marinello |
| Street Address | 22003 Gaukler Street |
| City and County | Saint Clair Shores, Macomb County |
| State and Zip Code | Michigan, 48080 |
| Telephone Number | (586) 453-8996 |
| E-mail Address | Alexmarinello1@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TRANSUNION, LLC |
| Job or Title (if known) | Consumer Reporting Agency |
| Street Address | 1510 Chester Pike |
| City and County | Crumm Lynne, Delaware County |
| State and Zip Code | PA, 19022 |
| Telephone Number | (800) 916-8800 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

    Name                      _____

    Job or Title
    (if known)             _____

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)             _____

Defendant No. 4

    Name                      _____

    Job or Title
    (if known)             _____

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address
    (if known)             _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

82 STAT. 146 - 15 USC 1681c-2, 15 USC 1681b(2), 15 USC 1681d, 15 USC 1681(q)(3), 15 USC 1681a(d)(2), 15 USC 1681N(b), 15 USC 1681o, 15 USC 1681e(b)

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

    a.     If the plaintiff is an individual
       The plaintiff, *(name)* Alessandro-Roberto: Marinello____,
       is a citizen of the State of *(name)* American National____.

    b.     If the plaintiff is a corporation
       The plaintiff, *(name)* _____,
       is incorporated under the laws of the State of *(name)*
       _____, and has its principal place of business in the
       State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

    a.     If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the
       State of *(name)* _____. *Or* is a citizen of *(foreign
       nation)* _____.

    b.     If the defendant is a corporation
       The defendant, *(name)* TRANSUNION, LLC____, is incorporated
       under the laws of the State of *(name)* Delaware____, and
       has its principal place of business in the State of *(name)*
       Illinois____. *Or* is incorporated under the laws of
       *(foreign nation)* _____, and has its principal place
       of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes
or the amount at stake—is more than $75,000, not counting interest and costs of
court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly
as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed.

Violations of the Fair Credit reporting Act and these violations are proven by there lack of
response with my CFPB complaint and lack of removal of the accounts within the 4-days. Also,
pursuing 15 USC 1681c-2 Identity Theft -  used to enforce your privacy with the CRA. There
are agencies that are buying and selling my information without my consent and TransUnion
has compiled a report on me, but I did not give TransUnion permission to do this. This is the
definition of identity theft. Because my rights and privacy are being violated, these are rights,
not privileges. No consent is identity theft. I did not give consent to report my private, now
public information. I did not provide written or verbal permission to report those accounts per
15 USC 1681b(2). I have provided the 4 elements required per 15 U.S. Code 1681c-2 per the
Consumer Financial Protection Bureau. Clear and conspicuous information was not provided to
me regarding the reporting of these accounts. I did not receive any documentation regarding the
FCRA instructions to exercise my rights on not having items reported to my consumer reports.
The consumer reporting agency has knowingly acquired, possessed, and utilized my financial
information in bad faith, with the clear intent to profit at the expense of my right to privacy.
These actions not only violate the FCRA, and the defined standards outlined in 15 USC
1681a(q)(3), but they may also constitute unfair business practices and potentially criminal acts
under 18 USC 242. 15 U.S. Code 1681n - Enforce CRA's failure to comply; they are liable to
me, the consumer, per civil liability; actual damages OR $1000; actual damages sustained by
the consumer are (for example, derogatory item on report, apply for credit and are denied based
on the derogatory item is an actual damage as I did not get approved) I do not take the liability
of these transactions as I did not receive full disclosure and all elements provided are in good
faith and honor. Also, and/or per 15 U.S. Code 1681o - actual damages; or in the case if the
account was removed, it was considered a successful action, and i am pursuing per 15 U.S.
Code 1681o. As I have provided all four elements, I am seeking a settlement due to the
violations of the FCRA as per 15 USC 1681c-2 and 15 USC 1681b(2). I am exercising my
rights. I have attached a list of the accounts in question that were to be removed per the 4-day
mandated period prescribed in 15 U.S. Code 1681c-2. To which have failed to remove.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The relief I want the court to order is to compel the consumer reporting agency to permanently block and remove the information and accounts I identified as identity theft from my consumer report, to remit $1000.00 per violation per 15 U.S. Code 1681N[B], and/or pursuing 15 USC 1681o actual damages. Also, to pay me for emotional distress damages caused from the lack of response, and actual damages caused by the illegal reporting's.

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _November 11_____, 20 _23_.

Signature of Plaintiff   _Alex-Roberto: Marino_

Printed Name of Plaintiff   _Alessandro-Roberto: Marinello_

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

Injuries Sustained:

The repercussions of the derogatory items on my credit report extend far beyond mere inconvenience; they have resulted in concrete financial harm through the denial of credit opportunities. This denial has not only strained my financial stability but has also inflicted considerable emotional distress. The weight of these damages, both material and emotional, underscores the necessity of monetary compensation as outlined by the statute. This emotional distress arises from the profound impact on my financial well-being and the resultant anxiety and frustration stemming from the denial of credit. The violation of my privacy, a fundamental aspect of personal security, has amplified the toll of these hardships.

Rule 602 - Need for Personal Knowledge:

I kindly request the legal counsel to prove if it has firsthand knowledge regarding the submission of my dispute through the CFPB. This includes agents or representatives who directly assess disputes, as well as the evidence and documentation submitted through the CFPB. They possess firsthand knowledge regarding this issue.

If you are the individual who directly assessed this dispute, reviewed the submitted documentation, and examined the relevant evidence, kindly provide this forensic evidence for the court. This pertains to the information submitted for the removal of the accounts under 15 USC 1681c-2, as well as the mandated 4-day removal period, which directly concerns the safeguarding of privacy rights.

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

ALESSANDRO-ROBERTO MARINELLO,
**Plaintiff,**

**v.**

TRANSUNION, LLC
**Defendants**.                                              **JURY TRIAL DEMANDED**

## Claim For Relief

I would like the court to know I am asserting my rights under federal law, particularly the Fair Credit Reporting Act (FCRA), which has been egregiously breached. The gravity of this breach warrants that my claim be appropriately adjudicated in a district court. This is essential to ensure that justice is served and that my rights under the FCRA are duly protected.

Pursuing 15 U.S. Code 1681c-2 Identity Theft - used to enforce your privacy with the CRA. They are not bureaus; bureaus are federal. All CRA's are ***liable for protecting your privacy.***

The Big 3 rely on information from the smaller CRA's to report information about you, like LexisNexis. You can go through this same process with them as it relates to enforcing your rights.

We need to be intentional about protecting our privacy and that is the basis of this process. I identified things on my report as a result of identity theft. No consent is identity theft. I did not give consent to report my private, now public information. I did not

provide written or verbal permission to report those accounts. ***There is a privacy issue at hand!***

There are agencies that are buying and selling my information without my consent and the CRAs have compiled a report on me, but I did not give you permission to do this. This is the definition of identity theft. Because my rights and privacy are being violated, these are rights, not privileges, I am demanding that the agency block and remove the information I identified.

I have provided the 4 elements required per 15 U.S. Code 1681c-2 per the Consumer Financial Protection Bureau. Clear and conspicuous information was not provided to me regarding the reporting of these accounts. I did not receive any documentation regarding the FCRA instructions to exercise my rights on not having items reported to my consumer reports. The Gramm Leach Bliley Act requires this clear and conspicuous disclosure, so I am able to thoroughly understand my rights.

Per 15 U.S. Code 1681c-2(4), when I am conducting a transaction with another person (corporation), that is a private transaction. As soon as that is reported to a third party, that then 2222becomes a transaction between the bank or the furnisher of the info and the third-party entity to whom the info was furnished. I did not provide permission to do this; I did not profit from the transaction. I did not benefit as I was not involved in this transaction. Identity theft occurred as a separate transaction that did not include me. My initial transaction was between me and the person, or corporation and a second transaction occurred between the person, or corporation and the non-affiliated third-party. This is why the statement was included in the identity theft report made via the FTC. I did not approve of this. No consent, again, amounts to Identity Theft. The CRA is a non-affiliated third-party in these transactions as permission was not asked, nor was written, expressed consent provided. This leads to liability under civil non-compliance.

As I have provided all of the above elements, I am seeking a settlement due to the violations of the FCRA as per 15 USC 1681c-2 and 15 USC 1681b (2). I am exercising my rights. I did not give them permission so these items must be removed inside 4 days that is their responsibility per the law.

Per 15 U.S. Code 1681d - Disclosure of investigative consumer reports, it describes the process of what the CRA is to do once I notify them of an error on my consumer report. I must be notified when a consumer report is being created for me and when an investigative report is being requested. I am never notified by the CRA that my consumer report is being requested for the reporting of anything. I was never notified by the CRA that a report would be furnished, violating this 1681d provision. With the Investigative Report, my consumer report is anything written or oral and anytime they investigate my report, they have to conduct personal interviews with neighbors, close associates, friends, or people who have firsthand knowledge of the transaction that was completed. I am the only one that can attest to any translation completed.

15 U.S. Code 1681n - Enforce CRA's failure to comply; they are liable to me, the consumer, per civil liability; actual damages OR $1000; actual damages sustained by the consumer are (for example, derogatory item on report, apply for credit and are denied based on the derogatory item is an actual damage as I did not get approved). I do not take the liability of these transactions as I did not receive full disclosure and all elements provided are in good honor and faith. I am defined as the consumer in fact.

Per 15 U.S. Code 1681o - actual damages; or in the case if the account was removed, it was considered a successful action, and we are pursuing per 15 U.S. Code 1681o.

Per 15 U.S. Code 1681b(2), the CRA's were supposed to ask for my consent prior to the release of my information when processing my consumer report. I did not provide

my expressed, written consent for the CRA's to release my information. This is supposed to be a manual process, not an automated process. Per Congress, the CRA's have assumed a ***vital role*** in assembling and evaluating consumer credit and other information on consumers. According to 15 U.S. Code 1681b(2), it says "and no other," meaning the furnishing is to be done these ways OR NO OTHER WAY.

Congress, per 15 U.S. Code 1681(a)(2) Congressional Purposes identifies the consumer reporting agency's duties as ***"elaborate mechanisms"*** which have been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers. This means that the CRA's are independent businesses that are not regulated by the federal government.

Per 15 U.S. Code 1681a(d)(2) Exclusions. —Except as provided in paragraph (3), the term "consumer report" does not include— (A) subject to section 1681s–3 of this title, any— (i) report containing information solely as to transactions or experiences between the consumer and the person making the report; *a transaction experience is virtually every transaction I have with the other party to whom my credit was initially extended to.* So, Congress is advising me that this information shall not be reported as the *"person"* is defined as the *"corporation or other entity."* This leads to 15 U.S. Code 1681c-2 as these accounts are not supposed to be there.

I contend that the credit reporting agencies were obligated to obtain my explicit consent before disclosing my information, as clearly mandated by 15 U.S. Code 1681b(2). I firmly believe that this consent process should be a manual, rather than automated, procedure, as per the congressional intent.
I also contend that my emotional distress stems from the profound impact this breach of privacy has had on my financial well-being, as well as the ensuing frustration and anxiety that have accompanied the denial of credit. These damages are not only financial, but

they also extend to the emotional toll of having one's privacy violated and facing the consequential hardships.

In light of the above, I kindly request that my objections be duly considered and incorporated into the proceedings. I am more than willing to provide any additional information or documentation required to support my claims.

In addition to the violations of federal law, it is imperative to emphasize why this claim merits adjudication in a district court. The nature and scope of the breaches are of such significance that they warrant the thorough examination and scrutiny that can be provided in a district court setting. The complexity of the legal issues involved, particularly those pertaining to the Fair Credit Reporting Act (FCRA), necessitates a comprehensive evaluation to ensure that justice is served.

I want to inform you per Rule 602 – need for personal knowledge. I am requesting the legal counsel to prove if it has firsthand knowledge regarding the submission of my dispute through the CFPB. This includes agents or representatives who directly assess disputes, as well as the evidence and documentation submitted through the CFPB. They possess firsthand knowledge regarding this issue not the attorneys.

If you are the individual who directly assessed this dispute, reviewed the submitted documentation, and examined the relevant evidence, kindly provide this forensic evidence for the court. This pertains to the information submitted for the removal of the accounts under 15 USC 1681c-2, as well as the mandated 4-day removal period, which directly concerns the safeguarding of privacy rights. I firmly assert that I am entitled to monetary relief in accordance with 15 U.S.C. 1681n. The repercussions of the derogatory items on my credit report extend far beyond mere inconvenience; they have resulted in concrete financial harm through the denial of credit opportunities. This denial has not only strained my financial stability but has also inflicted considerable emotional

distress. The weight of these damages, both material and emotional, underscores the necessity of monetary compensation as outlined by the statute. This emotional distress arises from the profound impact on my financial well-being and the resultant anxiety and frustration stemming from the denial of credit. The violation of my privacy, a fundamental aspect of personal security, has amplified the toll of these hardships.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge 28 U.S. Code 1746(1).

/LS/ _Alessandro-Roberto: Marinello_

Alessandro-Roberto: Marinello

**File Number:** 443499981
**Date Issued:** 09/27/2023



**TransUnion.**

# Personal Information

You have been on our files since 06/23/2014

**SSN:** XXX-XX-2930

**Date of Birth:** 12/06/1993

### Names Reported: ALESSANDRO ROBERTO MARINELLO

### Addresses Reported:

**Address**
28712 BESTE ST, SAINT CLAIR SHORES, MI 48081-1069

**Date Reported**
04/13/2018

### Telephone Numbers Reported:

(586) 453-8996        (421) 534-5343

### Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| KLM LANDSCAPING | 06/23/2014 | LANDSCAPING |

# Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets › ‹ indicates that this remark is considered adverse.

| | | |
|---|---|---|
| **AID** ACCT INFO DISPUTED BY CONSUMR | **AND** AFFCTD BY NTRL/DCLRD DISASTR | **CBG** CLOSED BY CREDIT GRANTOR |
| **DRC** DISP INVG COMP-CONSUM DISAGRS | **DRG** DISP INVG COMP-RPT BY GRNTR | ›**FRD**‹ FORECLOSURE COLLATERAL SOLD |
| ›**PRL**‹ UNPAID BALANCE CHARGED OFF | | |

# Accounts with Adverse Information

**APPLE CARD - GS BANK USA** #110001111731**** ( 11850 S ELECTION RD, DRAPER, UT 84020, (877) 255-5923 )

| | | | |
|---|---|---|---|
| **Date Opened:** 09/08/2019 | **Date Updated:** 08/31/2023 | **Pay Status:** ›Charged Off‹ | |
| **Responsibility:** Individual Account | **Last Payment Made:** 08/18/2022 | **Terms:** Paid Monthly | |
| **Account Type:** Revolving Account | **Original Charge-off:** $5,294 | **Date Closed:** 02/28/2023 | |
| **Loan Type:** CREDIT CARD | | ›Maximum Delinquency of 120 days in 12/2022 for $591 and in 01/2023 for $745‹ | |

**Credit Limit:** Credit limit of $5,000 from 03/2021 to 08/2023
**Estimated month and year that this item will be removed:** 08/2029

| | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance** | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,177 | $5,065 | $4,962 | $4,851 |
| **Scheduled Payment** | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $164 | $154 | $154 | $146 | $146 |
| **Amount Paid** | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Past Due** | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $745 | $591 | $437 | $291 | $146 |
| **High Balance** | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,294 | $5,177 | $5,065 | $5,040 | $5,040 |
| **Remarks** | DRG/PRL | DRG/PRL | DRG/PRL | DRG/PRL | DRG/PRL | DRG/PRL | DRG/PRL | DRG | DRG | DRG | DRG | AII |
| **Rating** | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 |

To dispute online go to: **http://transunion.com/disputeonline**

Consumer Credit Report for ALESSANDRO ROBERTO MARINELLO — File Number: 443499981  Date Issued: 09/27/2023

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $4,761 | $4,761 | $4,806 | $5,024 | $4,817 | $4,877 | $4,813 | $4,732 | $4,757 | $4,833 | $4,886 | $4,936 |
| Scheduled Payment | $145 | $139 | $142 | $136 | $139 | $129 | $138 | $138 | $135 | $51 | $139 | $141 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 | $5,040 |
| Remarks | AID | AID | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC | DRC |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $4,978 | $4,896 | $5,040 | $4,820 | $4,635 | $3,879 | | | | | | |
| Scheduled Payment | $142 | $140 | $127 | $53 | $104 | $90 | | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | | | | |
| High Balance | $5,040 | $5,040 | $5,040 | $4,881 | $4,659 | $4,659 | | | | | | |
| Remarks | DRC | DRC | DRC | DRC | DRC | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**ATLANTIC CAP BKSELFLENDER #1638****** ( 515 CONGRESS AVE, SUITE 2200, AUSTIN, TX 78701, (877) 883-0999 )

| | | |
|---|---|---|
| **Date Opened:** 03/30/2020 | **Balance:** $0 | **Pay Status:** Paid, Closed; was Paid as agreed |
| **Responsibility:** Individual Account | **Date Updated:** 11/01/2020 | **Terms:** $0 per month, paid Monthly for 24 months |
| **Account Type:** Installment Account | **Payment Received:** $0 | |
| **Loan Type:** SECURED | **Last Payment Made:** 11/19/2020 | **Date Closed:** 11/01/2020 |
| | **High Balance:** $520 | >Maximum Delinquency of 60 days in 10/2020< |

**Remarks:** CLOSED

| | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 |
|---|---|---|---|---|---|---|---|
| Rating | ■ | ■ | OK | OK | OK | OK | OK |

**CALIBER HOME LOANS #731979975****** ( 715 S METROPOLITAN, OKLAHOMA CITY, OK 73108, (800) 401-6587 )

| | | |
|---|---|---|
| **Date Opened:** 05/06/2020 | **Date Updated:** 04/14/2023 | **Pay Status:** >Account 120 Days Past Due Date< |
| **Responsibility:** Individual Account | **Payment Received:** $0 | **Terms:** $0 per month, paid Monthly for 360 months |
| **Account Type:** Mortgage Account | **Last Payment Made:** 04/14/2023 | |
| **Loan Type:** CONVENTIONAL REAL ESTATE MTG | | **Date Closed:** 04/14/2023 |
| | | >Maximum Delinquency of 120 days in 04/2023< |

**High Balance:** High balance of $151,450 from 03/2021 to 10/2021; $151,450 from 12/2021 to 01/2022; $151,450 from 04/2023 to 04/2023
**Mortgage Info:** Fannie Mae Acct #4020029382
**Estimated month and year that this item will be removed:** 11/2027

| | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | | | | | | | | | | | |
| Scheduled Payment | $0 | | | | | | | | | | | |
| Amount Paid | $0 | | | | | | | | | | | |
| Past Due | $0 | | | | | | | | | | | |
| Remarks | ■ | | | | | | | | | | | |
| Rating | ■ | X | X | X | X | X | X | X | X | X | X | X |

| | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | $157,995 | $167,046 | | $158,676 | $158,163 | $157,651 | $157,138 | $156,625 | $156,194 |
| Scheduled Payment | | | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | | | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | | | $0 | $0 | | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | | | | | AND | AND | | AND | AND | AND | AND | AND |
| Rating | X | X | X | X | X | N/R | OK | X | X | X | X | X |

| | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $155,763 | $155,331 | | | | | | | | | | |
| Scheduled Payment | $0 | $0 | | | | | | | | | | |
| Amount Paid | $0 | $0 | | | | | | | | | | |
| Past Due | $0 | $0 | | | | | | | | | | |
| Remarks | AND | AND | | | | | | | | | | |
| Rating | X | X | X | X | X | X | X | X | X | X | X | OK |

**CAPITAL ONE #515676855580****** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

| | | |
|---|---|---|
| **Date Opened:** 08/19/2022 | **Date Updated:** 09/19/2023 | **Pay Status:** >Charged Off< |
| **Responsibility:** Individual Account | **Original Charge-off:** $712 | **Terms:** Paid Monthly |
| **Account Type:** Revolving Account | | **Date Closed:** 05/13/2023 |
| **Loan Type:** CREDIT CARD | | >Maximum Delinquency of 120 days in 03/2023 for $187 and in 04/2023 for $212< |

**To dispute online go to: http://transunion.com/disputeonline**

P-IPOLIC-002.02246-I030940.04/16

Consumer Credit Report for ALESSANDRO ROBERTO MARINELLO

File Number: 443499981  Date Issued: 09/27/2023

Credit Limit: Credit limit of $500 from 10/2022 to 09/2023
Estimated month and year that this item will be removed: 11/2029

| | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $712 | $712 | $712 | $712 | $712 | $694 | $677 | $660 | $645 | $590 | $536 | $500 |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $25 | $25 | $25 | $61 | $59 | $42 | $25 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $712 | $712 | $712 | $712 | $712 | $212 | $187 | $126 | $67 | $25 | $0 | $0 |
| High Balance | $712 | $712 | $712 | $712 | $712 | $694 | $677 | $660 | $645 | $590 | $536 | $500 |
| Remarks | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | | | | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 90 | 60 | 30 | OK | OK |

| | 09/2022 |
|---|---|
| Rating | OK |

## COMENITYCAPITALBANK/ZALE #578097406140**** ( 3095 LOYALTY CIRCLE, BUILDING A, COLUMBUS, OH 43219, Phone number not available )

| | | |
|---|---|---|
| Date Opened: | 08/13/2016 | Balance: $0 | Pay Status: ›Sold; was Charged-off‹ |
| Responsibility: | Individual Account | Date Updated: 02/12/2021 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Payment Received: $0 | Date Closed: 02/01/2021 |
| Loan Type: | CHARGE ACCOUNT | Last Payment Made: 05/29/2020 | ›Maximum Delinquency of 120 days in 01/2021‹ |
| | | High Balance: $5,357 | |
| | | Original Charge-off: $5,357 | |
| | | Credit Limit: $4,730 | |

Remarks: PURCHASED BY ANOTHER LENDER; ›PAID IN FULL/WAS A CHARGE OFF‹
Estimated month and year that this item will be removed: 06/2027

| | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | X | X | X | X | X | X | X | X | X | X | X |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

| | 09/2016 |
|---|---|
| Rating | X |

## HUNTINGTON NATIONAL BANK #552448000846**** ( HUNTINGTON BANKS, PO BOX 1558, COLUMBUS, OH 43216, (800) 480-2265 )

| | | |
|---|---|---|
| Date Opened: | 09/25/2017 | Date Updated: 08/28/2023 | Pay Status: ›Charged Off‹ |
| Responsibility: | Individual Account | Payment Received: $0 | Terms: Paid Monthly |
| Account Type: | Revolving Account | Last Payment Made: 06/16/2020 | Date Closed: 09/20/2020 |
| Loan Type: | CREDIT CARD | Original Charge-off: $8,597 | ›Maximum Delinquency of 120 days in 10/2020‹ |

High Balance: High balance of $8,597 from 01/2023 to 08/2023
Credit Limit: Credit limit of $8,150 from 01/2023 to 08/2023
Estimated month and year that this item will be removed: 06/2027

| | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | | | | |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | |
| Past Due | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | $8,597 | | | | |
| Remarks | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | CBG/PRL | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | X | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 90 |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|
| Rating | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for ALESSANDRO ROBERTO MARINELLO     Page: 4 of 10     File Number 443499981  Date Issued: 09/27/2023

**LVNV FUNDING LLC #444796270856****** ( C/O RESURGENT CAPITAL SERVICES, PO BOX 1269, GREENVILLE, SC 29603, (866) 464-1183 )

| | | |
|---|---|---|
| Placed for collection: 05/15/2023 | Balance: $598 | Pay Status: ›In Collection‹ |
| Responsibility: Individual Account | Date Updated: 09/05/2023 | |
| Account Type: Open Account | Original Amount: $598 | |
| Loan Type: DEBT BUYER | Original Creditor: CREDIT ONE BANK N A (Financial) | |
| | Past Due: ›$598‹ | |

Remarks: ›PLACED FOR COLLECTION‹
Estimated month and year that this item will be removed: 09/2029

**SYNCB/PPC #604419100522****** ( PO BOX 965005, ORLANDO, FL 32896, (844) 373-4961 )

| | | |
|---|---|---|
| Date Opened: 09/11/2019 | Date Updated: 08/27/2023 | Pay Status: ›Charged Off‹ |
| Responsibility: Individual Account | Payment Received: $0 | Terms: Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 06/07/2020 | Date Closed: 09/11/2020 |
| Loan Type: CREDIT CARD | Original Charge-off: $2,783 | ›Maximum Delinquency of 120 days in 10/2020 and in 12/2020‹ |

High Balance: High balance of $2,783 from 01/2023 to 03/2023; $2,783 from 05/2023 to 08/2023
Credit Limit: Credit limit of $2,440 from 01/2023 to 03/2023; $2,440 from 05/2023 to 08/2023
Estimated month and year that this item will be removed: 06/2027

| | 08/2023 | 07/2023 | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,783 | $2,783 | $2,783 | $2,783 | | $2,783 | $2,783 | $2,783 | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | | | | |
| Amount Paid | $0 | | $0 | $0 | | $0 | $0 | $0 | | | | |
| Past Due | | | $2,783 | | | | | | | | | |
| Remarks | | | | | | | | | | | | |
| Rating | | C/O | | | X | | | | | | X | |

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | | | | | | | | | | |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | | | | | | | | | | |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**SYNCB/TJX CO DC #524366169134****** ( PO BOX 71737, PHILADELPHIA, PA 19176, (877) 890-3150 )

| | | |
|---|---|---|
| Date Opened: 12/23/2018 | Balance: $0 | Pay Status: ›Account paid in Full; was a Charge-off‹ |
| Responsibility: Individual Account | Date Updated: 04/26/2022 | Terms: Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 09/22/2020 |
| Loan Type: CREDIT CARD | Last Payment Made: 04/26/2022 | Date Paid: 04/26/2022 |
| | High Balance: $1,596 | ›Maximum Delinquency of 120 days in 10/2020 and in 11/2020‹ |
| | Original Charge-off: $1,596 | |
| | Credit Limit: $1,270 | |

Remarks: ›SETTLED-LESS THAN FULL BLNC‹; ›PAID IN FULL/WAS A CHARGE OFF‹
Estimated month and year that this item will be removed: 05/2027

| | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | X | | | | | | | | | | |

| | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | | C/O | | | | | | | | | OK | OK |

| | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2019 | 02/2019 | 01/2019 |
|---|---|---|---|
| Rating | OK | OK | OK |

## Satisfactory Accounts

**CALIBER HOME LOANS #978666****** ( 715 S METROPOLITAN, OKLAHOMA CITY, OK 73108, (800) 401-6587 )

| | | |
|---|---|---|
| Date Opened: 03/30/2018 | Balance: $0 | Pay Status: Paid, Closed; was Paid as agreed |
| Responsibility: Individual Account | Date Updated: 05/11/2020 | Terms: $0 per month, paid Monthly for 360 months |
| Account Type: Mortgage Account | Payment Received: $145,850 | |
| Loan Type: CONVENTIONAL REAL ESTATE MTG | Last Payment Made: 05/11/2020 | Date Closed: 05/11/2020 |
| | High Balance: $149,865 | |

Mortgage Info: Fannie Mae Acct #4014808721
Remarks: AFFCTD BY NTRL/DCLRD DISASTR; CLOSED

| | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**

Consumer Credit Report for ALESSANDRO ROBERTO MARINELLO    File Number 443499981   Date Issued: 09/27/2023

| | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

## SYNCB/TJX CO DC #524366163555**** ( PO BOX 71737, PHILADELPHIA, PA 19176, (877) 890-3150 )

| | | | |
|---|---|---|---|
| Date Opened: 12/23/2018 | Balance: $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 06/22/2021 | Terms: | Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 10/11/2019 | |
| Loan Type: CREDIT CARD | Last Payment Made: 10/11/2019 | | |
| | High Balance: $189 | | |
| | Credit Limit: $1,900 | | |

**Remarks:** CREDIT CARD LOST OR STOLEN

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

## SYNCB/TJX CO DC #524366164985**** ( PO BOX 71737, PHILADELPHIA, PA 19176, (877) 890-3150 )

| | | | |
|---|---|---|---|
| Date Opened: 12/23/2018 | Balance: $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 06/22/2021 | Terms: | Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 11/27/2019 | |
| Loan Type: CREDIT CARD | Last Payment Made: 11/11/2019 | | |
| | High Balance: $189 | | |
| | Credit Limit: $1,900 | | |

**Remarks:** CREDIT CARD LOST OR STOLEN

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 |
|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK |

## Regular Inquiries

**AMERICAN EXPRESS** ( 4315 S 2700 WEST, SALT LAKE CITY, UT 84184, (212) 640-2000 )    Inquiry Type: Individual
Requested On: 08/22/2022

**JPMCB CARD SERVICES** ( PO BOX 15077, WILMINGTON, DE 19850, (800) 453-9719 )    Inquiry Type: Individual
Requested On: 08/21/2022

**CB INDIGO** ( PO BOX 4499, BEAVERTON, OR 97076, (866) 946-9545 )    Inquiry Type: Individual
Requested On: 08/21/2022

**FEBDESTINY** ( 15220 NW GREENBRIER PKWY, SUITE 200, BEAVERTON, OR 97006, (503) 222-9960 )    Inquiry Type: Individual
Requested On: 08/21/2022

**CAPITAL ONE** ( 15000 CAPITAL ONE, RICHMOND, VA 23238, (800) 955-7070 )    Inquiry Type: Individual
Requested On: 08/19/2022

## Promotional Inquiries



**T-MOBILE** ( 12920 SE 38TH STRE, BELLEVUE, WA 98006, (800) 318-9270 )
Requested On: 06/01/2023, 03/30/2023, 01/26/2023

**TRANSUNION INTERACTIVE / CREDIT SESAME** ( 607 WEST DANA ST,, SAN JOSE, CA 95120, (855) 799-9111 )
Requested On: 05/20/2023, 05/18/2023, 05/17/2023, 04/24/2023, 04/16/2023, 03/16/2023, 03/09/2023, 02/16/2023, 02/11/2023, 01/30/2023, 01/20/2023, 01/16/2023, 01/15/2023, 01/14/2023, 12/21/2022, 12/16/2022, 12/14/2022, 11/24/2022, 11/23/2022, 11/13/2022, 11/07/2022, 10/19/2022, 10/16/2022

**CAP ONE AUTO** ( PO BOX 260848, PLANO, TX 75026, (800) 689-1789 )
Requested On: 12/01/2022, 11/01/2022, 10/07/2022

**ALLSTATE INSURANCE** ( 2775 SANDERS RD, NORTHBROOK, IL 60062-6110, (800) 255-7828 )
Requested On: 10/17/2022

**FIRST PREMIER** ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145, (800) 987-5521 )
Requested On: 10/16/2022

**To dispute online go to: http://transunion.com/disputeonline**

 An official website of the United States Government

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 231020-12295711

**OPEN**

✔ **Submitted**

**STATUS**
Submitted to the CFPB on 10/20/2023

**PRODUCT**
Credit reporting or other personal consumer reports

**ISSUE**
Improper use of your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

15 U.S. Code 1681c-2 Identity Theft - used to enforce your privacy with the CRA. They are not bureaus; bureaus are federal. All CRA's are liable for protecting your privacy. I identified things on my report as a result of identity theft. No consent is identity theft. I did not give consent to report my private, now public information. I did not provide written or verbal permission to report those accounts. There is a privacy issue at hand! There are agencies that are buying and selling my information without my consent and the CRAs have compiled a report on me, but I did not give you permission to do this. This is the definition of identity theft. Because my rights and privacy are being violated, these are rights, not privileges, I am demanding that the agency block and remove the information I identified. Clear and conspicuous information was not provided to me regarding the reporting of these accounts. I did not receive any documentation regarding the FCRA instructions to exercise my rights on not having items reported to my consumer reports. The Gramm Leach Bliley Act requires this clear and conspicuous disclosure, so I am able to thoroughly understand my rights. Per 15 U.S. Code 1681c-2(4), when I am conducting a transaction with another person (corporation), that is a private transaction. As soon as that is reported to a third party, that then becomes a transaction between the bank or the furnisher of the info and the third-party entity to whom the info was furnished. I did not provide permission to do this; I did not profit from the transaction. I did not benefit as I was not involved in this transaction. Identity theft occurred as a separate transaction that did not include me. My initial transaction was between me and the person, or corporation and a second transaction occurred between the person, or corporation and the non-affiliated third-party. This is why the statement was included in the identity theft report made via the FTC. I did not approve of this. No consent, again, amounts to Identity Theft. The CRA is a non-

**ATTACHMENTS**

TransUnion cfpb.pdf (87 KB)

IDTheftReport_1654454? (73.6 KB)

DRIVER LICENSE.pdf (681.2 KB)

affiliated third-party in these transactions as permission was not asked, nor was written, expressed consent provided. This leads to liability under civil non-compliance. Per 15 U.S. Code 1681d - Disclosure of investigative consumer reports, it describes the process of what the CRA is to do once I notify them of an error on my consumer report. I must be notified when a consumer report is being created for me and when an investigative report is being requested. I am never notified by the CRA that my consumer report is being requested for the reporting of anything. I was never notified by the CRA that a report would be furnished, violating this 1681d provision. With the Investigative Report, my consumer report is anything written or oral and anytime they investigate my report, they have to conduct personal interviews with neighbors, close associates, friends, or people who have firsthand knowledge of the transaction that was completed. I am the only one that can attest to any translation completed. Per 15 U.S. Code 1681b(2), the CRA's were supposed to ask for my consent prior to the release of my information when processing my consumer report. I did not provide my expressed, written consent for the CRA's to release my information. This is supposed to be a manual process, not an automated process. Per Congress, the CRA's have assumed a vital role in assembling and evaluating consumer credit and other information on consumers. According to 15 U.S. Code 1681b(2), it says "and no other," meaning the furnishing is to be done these ways OR NO OTHER WAY. Congress, per 15 U.S. Code 1681(a)(2) Congressional Purposes identifies the consumer reporting agency's duties as "elaborate mechanisms" which have been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers. This means that the CRA's are independent businesses that are not regulated by the federal government. Per 15 U.S. Code 1681a(d)(2) Exclusions. – the term "consumer report" does not include– (A) subject to section 1681s-3 of this title, any– (i) report containing information solely as to transactions or experiences between the consumer and the person making the report; a transaction experience is virtually every transaction I have with the other party to whom my credit was initially extended to. So, Congress is advising me that this information shall not be reported as the "person" is defined as the "corporation or other entity." This leads to 15 U.S. Code 1681c-2 as these accounts are not supposed to be there. The consumer reporting agency has knowingly acquired, possessed, and utilized my financial information in bad faith, with the clear intent to profit at the expense of my right to privacy. These actions not only violate the FCRA, and the defined standards outlined in 15 USC 1681a(q)(3), but they may also constitute unfair business practices and potentially criminal acts under 18 USC 242.15 U.S. Code 1681n - Enforce CRA's failure to comply; they are liable to me, the consumer, per civil liability; actual damages OR $1000; actual damages sustained by the consumer are (for example, derogatory item on report, apply for credit and are denied based on the derogatory item is an actual damage as I did not get approved) I do not take the liability of these transactions as I did not receive full disclosure and all elements provided are in good honor and faith. I am defined as the consumer in fact. Per 15 U.S. Code 1681o - actual damages; or in the case if the accounts are removed, it was considered a successful action, and we are pursuing per 15 U.S. Code 1681o.

Hide full complaint ⬤

## What product or service is your complaint about?

**PRODUCT OR SERVICE**

Credit reporting or other personal
consumer reports

**TYPE**

Credit reporting

## What type of problem are you having?

**ISSUE**

Improper use of your report

**HAVE YOU ALREADY TRIED TO FIX THIS
PROBLEM WITH THE COMPANY?**

Yes

**DID YOU REQUEST INFORMATION
FROM THE COMPANY?**

No

**TYPE OF ISSUE**

Reporting company used your report
improperly

## What happened?

15 U.S. Code 1681c-2 Identity Theft - used to enforce your privacy with the CRA. They
are not bureaus; bureaus are federal. All CRA's are liable for protecting your privacy. I
identified things on my report as a result of identity theft. No consent is identity theft. I
did not give consent to report my private, now public information. I did not provide
written or verbal permission to report those accounts. There is a privacy issue at hand!
There are agencies that are buying and selling my information without my consent and
the CRAs have compiled a report on me, but I did not give you permission to do this.
This is the definition of identity theft. Because my rights and privacy are being violated,
these are rights, not privileges, I am demanding that the agency block and remove the
information I identified. Clear and conspicuous information was not provided to me
regarding the reporting of these accounts. I did not receive any documentation
regarding the FCRA instructions to exercise my rights on not having items reported to
my consumer reports. The Gramm Leach Bliley Act requires this clear and conspicuous
disclosure, so I am able to thoroughly understand my rights. Per 15 U.S. Code 1681c-
2(4), when I am conducting a transaction with another person (corporation), that is a
private transaction. As soon as that is reported to a third party, that then becomes a
transaction between the bank or the furnisher of the info and the third-party entity to
whom the info was furnished. I did not provide permission to do this; I did not profit
from the transaction. I did not benefit as I was not involved in this transaction. Identity
theft occurred as a separate transaction that did not include me. My initial transaction
was between me and the person, or corporation and a second transaction occurred
between the person, or corporation and the non-affiliated third-party. This is why the
statement was included in the identity theft report made via the FTC. I did not approve
of this. No consent, again, amounts to Identity Theft. The CRA is a non-affiliated third-
party in these transactions as permission was not asked, nor was written, expressed
consent provided. This leads to liability under civil non-compliance. Per 15 U.S. Code
1681d - Disclosure of investigative consumer reports, it describes the process of what
the CRA is to do once I notify them of an error on my consumer report. I must be

notified when a consumer report is being created for me and when an investigative report is being requested. I am never notified by the CRA that my consumer report is being requested for the reporting of anything. I was never notified by the CRA that a report would be furnished, violating this 1681d provision. With the Investigative Report, my consumer report is anything written or oral and anytime they investigate my report, they have to conduct personal interviews with neighbors, close associates, friends, or people who have firsthand knowledge of the transaction that was completed. I am the only one that can attest to any translation completed. Per 15 U.S. Code 1681b(2), the CRA's were supposed to ask for my consent prior to the release of my information when processing my consumer report. I did not provide my expressed, written consent for the CRA's to release my information. This is supposed to be a manual process, not an automated process. Per Congress, the CRA's have assumed a vital role in assembling and evaluating consumer credit and other information on consumers. According to 15 U.S. Code 1681b(2), it says "and no other," meaning the furnishing is to be done these ways OR NO OTHER WAY. Congress, per 15 U.S. Code 1681a(2) Congressional Purposes identifies the consumer reporting agency's duties as "elaborate mechanisms" which have been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers. This means that the CRA's are independent businesses that are not regulated by the federal government. Per 15 U.S. Code 1681a(d)(2) Exclusions. – the term "consumer report" does not include– (A) subject to section 1681s-3 of this title, any– (i) report containing information solely as to transactions or experiences between the consumer and the person making the report; a transaction experience is virtually every transaction I have with the other party to whom my credit was initially extended to. So, Congress is advising me that this information shall not be reported as the "person" is defined as the "corporation or other entity." This leads to 15 U.S. Code 1681c-2 as these accounts are not supposed to be there. The consumer reporting agency has knowingly acquired, possessed, and utilized my financial information in bad faith, with the clear intent to profit at the expense of my right to privacy. These actions not only violate the FCRA, and the defined standards outlined in 15 USC 1681a(q)(3), but they may also constitute unfair business practices and potentially criminal acts under 18 USC 242.15 U.S. Code 1681n - Enforce CRA's failure to comply; they are liable to me, the consumer, per civil liability; actual damages OR $1000; actual damages sustained by the consumer are (for example, derogatory item on report, apply for credit and are denied based on the derogatory item is an actual damage as I did not get approved) I do not take the liability of these transactions as I did not receive full disclosure and all elements provided are in good honor and faith. I am defined as the consumer in fact. Per 15 U.S. Code 1681o - actual damages; or in the case if the accounts are removed, it was considered a successful action, and we are pursuing per 15 U.S. Code 1681o.

 **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

I demand the credit reporting agency do what is fair and equitable. The credit reporting agency SHALL remove any account I identify as alleged identity theft, and the accounts that SHALL be removed are as follows: 1. COMENITYCAPITALBANK/ZALE #578097406140, Charged-off account. 2. HUNTINGTON NATIONAL BANK #552448000846, Charged-off account. 3. LVNV FUNDING LLC #444796270856, Collection account. 4. SYNCB/PPC #604419100522,

Charged-off account. 5. SYNCB/LOWES DC #601860169734, charged-off account. 6. ATLANTIC CAP BKSELFLENDER #1638, late payments reported. 7. APPLE CARD - GS BANK USA #110001111731, Charged-off account. 8. CALIBER HOME LOANS #731979975, Past due – Foreclosure. 9. CAPITAL ONE #515676855580, Charged-off account. 10. Regular inquiries reported: - AMERICAN EXPRESS, reported on: 08/22/2022 - JPMCB CARD SERVICES, reported on: 08/21/2022 - CB INDIGO, reported on: 08/21/2022 - FEBDESTINY, reported on: 08/21/2022 - CAPITAL ONE, reported on: 08/19/2022

---

**3 attachments**

View uploaded documents by clicking on the file name. Documents that pass virus scanning are typically available within 2 minutes of upload.

TransUnion cfpb.pdf (87 KB)

IDTheftReport_165445421.pdf.pdf (73.6 KB)

DRIVER LICENSE.pdf (681.2 KB)

---

# What company is this complaint about?

### COMPANY INFORMATION
TransUnion

### SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)

●●●●            ●

### DATE OF BIRTH
12/06/1993

### NAME AS IT APPEARS ON CREDIT REPORT
Alessandro Roberto Marinello

---

# What people are involved?

### YOUR CONTACT INFORMATION
Alessandro Roberto Marinello

alexmarinello1@yahoo.com
5864538996

28712 Beste St, Saint Clair Shores

Michigan 48081 United States

**YOUR DEMOGRAPHIC INFORMATION**

**AGE**

29

**SEX**

Male

**HISPANIC, LATINO, OR SPANISH ORIGIN**

No

**RACE**

White

**HOUSEHOLD SIZE INCLUDING TOTAL NUMBER OF ADULTS AND CHILDREN**

4

**COMBINED ANNUAL HOUSEHOLD INCOME**

$25,000 - $34,999

---



## Sent to company

**STATUS**

Sent to company on 10/20/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 10/21/2023

# The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

**Privacy Act Statement**

<u>OMB #3170-0011</u>

<u>Note on user experience</u>

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
165445421

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| Alessandro | Roberto | Marinello |
| **Address:** | **Phone:** | **Email:** |
| 28712 Beste Street<br>Saint Clair Shores , MI 48081<br>USA | 586-453-8996 | alexmarinello1@yahoo.com |

## Personal Statement

The information is not information relating to any transaction by the consumer.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| Company or Organization: | Collections/Charge-offs |
| Total fraudulent amount: | |
| $ 0 | |

| Fraudulent Charges to My Credit Card | |
|---|---|
| Company or Organization: | Inquiries |
| Total fraudulent amount: | |
| $ 0 | |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Alessandro Roberto Marinello**
Alessandro Roberto Marinello

**10/18/2023**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

**Transunion**

**Basis of Claim:**

FCRA violations under 15 U.S. Code 1681b, 15 U.S. Code 1681c-2, defamation of character, and the agency is also in violation of Michigan Penal Code Section 445.65 which addresses acquiring, retaining, or using someone's personal identifying information with the intent to defraud or commit a crime. In addition, further violations under Michigan Penal Code section 750.539k which addresses a person who is not a party to a transaction that involves the use of a financial transaction device shall not secretly or surreptitiously photograph, or otherwise capture or record, electronically or by any other means, or distribute, disseminate, or transmit, electronically or by any other means, personal identifying information from the transaction without the consent of the individual.

**What happened:**

Per the Fair Credit Reporting Act (15 U.S. Code 1681), The Congress makes the following findings: (1) The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.

(b) Reasonable procedures It is the purpose of this subchapter to require that consumer reporting agencies adopt reasonable procedures for meeting the needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable to the consumer, with regard to the confidentiality, accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this subchapter.

So, at any instance, where there is a violation under the FCRA, it impairs the efficiency of the banking system. This is a deprivation of my rights and a violation of my privacy, as well. With my consumer report, I control what is listed and what is not, and if in the event any accounts are reported without my expressed, written consent, it is considered identity theft. There are also late payments reported to my consumer files which violate 15 U.S. Code 1666b, which states that no timing shall be late in relation to an open-end credit plan.

This is a violation of both 15 U.S. Code 1681b(2) and 15 U.S. Code 1681c-2 to which there exists liability against the credit reporting agency for negligent and willful noncompliance under 15 U.S. Code 1681n, which allows for $1k per violation, for account listed without my expressed written consent.

**What would you like the resolution to be?**

What the credit reporting is engaging in is a violation of both 15 U.S. Code 1681b(2) and 15 U.S. Code 1681c-2 to which there exists liability against the credit reporting agency for negligent and willful noncompliance under 15 U.S. Code 1681n, which allows for $1k per violation, or account listed without my expressed written consent. I am not demanding verification nor validation of any of these accounts. These accounts listed SHALL be removed.

PLEASE REMOVE ALL HARD INQUIRIES ON MY CONSUMER REPORTS. I am demanding that the credit reporting agency do what is fair and equitable. I will move for a complaint in small claims for default judgment due to their violations. Per 15 U.S. Code 1681c-2, the credit reporting agency SHALL remove any account I identify as alleged identity theft, and the accounts that SHALL be removed are as follows:

1. **COMENITYCAPITALBANK/ZALE #578097406140**, Charged-off account.
2. **HUNTINGTON NATIONAL BANK #552448000846**, Charged-off account.
3. **LVNV FUNDING LLC #444796270856**, Collection account.
4. **SYNCB/PPC #604419100522**, Charged-off account.
5. **SYNCB/TJX CO DC #524366169134**, charged-off account.
6. **ATLANTIC CAP BKSELFLENDER #1638**, late payments reported.
7. **APPLE CARD – GS BANK USA #110001111731,** Charged-off account.
8. **CALIBER HOME LOANS #731979975,** Past due – Foreclosure.
9. **CAPITAL ONE #515676855580,** Charged-off account.

10. Regular inquiries reported:

    - **AMERICAN EXPRESS**, reported on: 08/22/2022
    - **JPMCB CARD SERVICES**, reported on: 08/21/2022
    - **CB INDIGO**, reported on: 08/21/2022
    - **FEBDESTINY**, reported on: 08/21/2022
    - **CAPITAL ONE**, reported on: 08/19/2022

Also, the correct year of birth listed should be: 12/06/1993
Also, the ONLY address that should be listed is: 28712 Beste St., Saint Clair Shores, MI 48081
The ONLY name listed should be: Alessandro Roberto Marinello





# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Alessandro-Roberto: Marinello, Pro Se

**DEFENDANTS**

TRANSUNION, LLC

**(b)** County of Residence of First Listed Plaintiff   *Macomb*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Delaware County
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government
Plaintiff
- [x] 3  Federal Question
*(U.S. Government Not a Party)*
- [ ] 2  U.S. Government
Defendant
- [ ] 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & / [ ] 367 Health Care/ | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | Slander / Pharmaceutical Personal Injury | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' / Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | Liability / [ ] 368 Asbestos Personal [ ] 340 Marine / Injury Product [ ] 345 Marine Product / Liability | | [ ] 835 Patent - Abbreviated New Drug Application [ ] 840 Trademark | [ ] 460 Deportation [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | Liability / **PERSONAL PROPERTY** [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | **LABOR** [ ] 710 Fair Labor Standards | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle / [ ] 371 Truth in Lending | Act | | [ ] 485 Telephone Consumer |
| [ ] 190 Other Contract | Product Liability / [ ] 380 Other Personal | [ ] 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal / Property Damage | Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | Injury / [ ] 385 Property Damage [ ] 362 Personal Injury - / Product Liability | [ ] 740 Railway Labor Act [ ] 751 Family and Medical | [ ] 862 Black Lung (923) [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | Medical Malpractice | Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate | | [ ] 870 Taxes (U.S. Plaintiff | Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ / Sentence | | or Defendant) | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | Accommodations / [ ] 530 General | | [ ] 871 IRS—Third Party | [ ] 899 Administrative Procedure |
| [ ] 290 All Other Real Property | [ ] 445 Amer. w/Disabilities - / [ ] 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of Agency Decision |
| | Employment / **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of |
| | [ ] 446 Amer. w/Disabilities - / [ ] 540 Mandamus & Other | [ ] 465 Other Immigration | | State Statutes |
| | Other / [ ] 550 Civil Rights | Actions | | |
| | [ ] 448 Education / [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
82 STAT. 146 (15 USC 1681e-2, 15 USC 1681b(2), 15 USC 1681d, 15 USC 1681s(q)(3), 15 USC 1681d(2), 15 USC 1681N(B), 15 USC 1681o, 15 USC 1681e(b))

Brief description of cause:
FCRA VIOLATIONS CAUSED BY DEFENDANTS LACK OF RESPONSE TO AFFIDAVITS AND PRIVATE CLAIMS.

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** 40,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
October 15, 2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.         Is this a case that has been previously dismissed?     ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.         Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)     ☐ Yes   ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

CERTIFIED MAIL

9589 0710 5270 1307 7323 31

Alessandro - Roberto; Marsvello
96 20002 2003 Gaukler Stroght111
Saint Clair Shores, michigan [98071]
Non-Domestic/Non-Assumpsit

United States District Court
231 W Lafayette Blvd Detroit
Detroit, MI 48 226

U.S. POSTAGE PAID
FCM LG ENV
SAINT CLAIR SHORES
MI 48080
NOV 07, 2023
$6.90
R2305H130369-5
48226

Retail

Metropflex 0 — RDC 99
TUE 07 Nov 2023