**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALESSANDRO-ROBERTO
MARINELLO,

        Plaintiff,                    Case No. 2:23-cv-12871
                                        Hon. Brandy R. McMillion
v.                                    Mag. Judge Elizabeth A. Stafford

TRANSUNION, LLC,

        Defendant.
_____/

## <u>JUDGMENT</u>

In accordance with the Order granting Defendant's Motion to Dismiss (ECF

No. 26), dated July 23, 2024,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of

Defendant and against Plaintiff.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                          By:    s/L. Hosking_____
                                          Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge

Dated: July 23, 2024
Detroit, Michigan